# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2893

_____

REGINALD KEITH,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

October 3, 2018

PER CURIAM.

   DISMISSED. Any request for belated appeal must be filed by petition pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Julie Crews Johnson, Assistant Public Defender, Macclenny, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.